R. Scott Feldmann, Esq. (State Bar No. 169230)
Christine E. Cwiertny, Esq. (State Bar No. 222098)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
E-mail: sfeldmann@crowell.com
ccwiertny@crowell.com

Attorneys for Plaintiff
Image Comics, Inc.

Jordan A. LaVine, Esq.
FLASTER GREENBERG P.C.
Eight Penn Center
1628 JFK Boulevard, 15th Floor
Philadelphia, PA 19103
Facsimile: (215)279-9394
E-mail: Jordan.LaVine@flastergreenberg.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGE COMICS, INC. <br><br> Plaintiff, <br> v. <br><br> HARRY N. ABRAMS, INC. <br><br> Defendant. | CASE NO. C 06 2359 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT HARRY N. ABRAMS, INC. WITH PREJUDICE** |

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO. C 06 2359 WHA

Plaintiff Image Comics, Inc. ("Image") and defendant Harry N. Abrams, Inc. ("HNA"), by and through their counsel of record, hereby stipulate to the dismissal of HNA from this action with prejudice. Image and HNA have signed a confidential Settlement Agreement and Mutual General Release (the "Agreement") resolving the dispute between them. Image and HNA further agree that the Honorable William H. Alsup will retain jurisdiction to resolve any future claims relating to the enforcement or breach of the Agreement. Each side shall bear its own attorneys' fees and costs incurred herein.

SO STIPULATED.

DATED: June 2, 2006        CROWELL & MORING

By: /s/ Christine E. Cwiertny
    R. Scott Feldmann, Esq.
    Christine E. Cwiertny, Esq.
    Attorneys for Plaintiff
    Image Comics, Inc.

DATED: June 2, 2006        FLASTER GREENBERG P.C.

By: /s/ Jordan A. LaVine
    Jordan A. LaVine, Esq.
    Attorneys for Defendant
    Harry N. Abrams, Inc.

### ORDER

NOW, THEREFORE, IT IS HEREBY ORDERED that defendant Harry N. Abrams, Inc. is dismissed from the above entitled action with prejudice and that the Court will retain jurisdiction to resolve any claims relating to enforcement or breach of the Settlement Agreement and Mutual General Release. Each side to bear its own attorneys' fees and costs incurred herein.

IT IS SO ORDERED.

DATED: June 4, 2006        _____
                            William H. Alsup

[APPROVED — Judge William Alsup, United States District Court, Northern District of California]